# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 15, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128881

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RONALD EUGENE MARTIN,
      Defendant-Appellant.

SC: 128881
COA: 253797
St. Clair CC: 03-001572-FC

_____/

      On order of the Court, the application for leave to appeal the May 17, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, J., would grant leave to appeal limited to the issue whether the trial court erred under *People v Allen*, 429 Mich 558 (1988), and MRE 609 by admitting the defendant's prior conviction for receiving and concealing stolen property to impeach the defendant in his trial on the charge of armed robbery.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 15, 2005

s1208

Clerk